IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEO W. LAWTON, JR. et al : | |
| : | |
| v. : | CIVIL ACTION NO. 22-3294 |
| : | |
| WELLS FARGO BANK, N.A. et al. : | |

**ORDER**

This 16th day of March, 2023, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motions to Dismiss, ECF 7, 9, and 13, are **GRANTED**. Counts one through four of Plaintiffs' Complaint are **DISMISSED** with prejudice. Counts five and six are **DISMISSED** without prejudice. Plaintiffs are granted leave to file an amended complaint within 21 days.

It is further **ORDERED** that Plaintiffs' claims against Justin F. Kobeski, the non-moving Defendant, are **DISMISSED** without prejudice for failure to effectuate service.

    /s/ Gerald Austin McHugh
United States District Judge